# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

In re:

Aisha Patrice Marshall

Debtor(s).

Chapter 7

Case No.

### Declaration of Evidence of Employers' Payments Within 60 Days

[X] Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

[ ] Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

[ ] Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $Click or tap here to enter amount. If none, enter "0.00" but, after making a good faith effort, Debtor does not have copies of employer pay advices to be produced.

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 3/14/25

_____
Signature of Debtor

Dated: _____

_____
Signature of Co-Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

**EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS**  **Mail to Employee**  **Peak Performers**

Name: Aisha Patrice Marshall      Check Date: 03/14/25   Check #:40061275      4902 Grover Ave
SSN: ####-##-4149      EE ID: 118183      Branch:962 WorkQuest      Austin, TX 78756

| Week Worked | Customer - Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
| 03/03/25 - 03/09/25 | DPS - Department of Public Safety - Crime | Reg | 32.00 | $37.00 | $1,184.00 | 335.50 | $12,269.50 |

| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta | $1,172.53 | $53.40 | $620.46 |
| FICA EE | $1,172.53 | $72.70 | $752.93 |
| MED EE | $1,172.53 | $17.00 | $176.07 |

| Deduct. Type | Amount | YTD Deduct. |
|---|---|---|
| Vision-W EE | $1.21 | $13.31 |
| Den-W EE | $10.26 | $112.37 |

| Bank Name | Amount | Account No. |
|---|---|---|
| Chase | $1,029.43 | ####7528 |

| | |
|---|---|
| YTD Gross | $12,269.50 |
| Gross Amt. | $1,184.00 |
| Net Amt. | $1,029.43 |

| | |
|---|---|
| Check Number | 40061275 |

**EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS**    **Mail to Employee**    **Peak Performers**

Name: **Aisha Patrice Marshall**    Check Date: 02/28/25    Check #:40060495    4902 Grover Ave

SSN: ###-##-4149    EE ID: 118183    Branch:962 WorkQuest    Austin, TX 78756

| Week Worked | Customer - Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
| 02/17/25 - 02/23/25 | DPS - Department of Public Safety - Crime | Reg | 32.00 | $37.00 | $1,184.00 | 263.50 | $9,605.50 |

| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta | $1,172.53 | $53.40 | $478.14 |
| FICA EE | $1,172.53 | $72.70 | $589.18 |
| MED EE | $1,172.53 | $17.00 | $137.78 |

| Deduct. Type | Amount | YTD Deduct. |
|---|---|---|
| Den-W EE | $10.26 | $91.85 |
| Vision-W EE | $1.21 | $10.89 |

| Bank Name | Amount | Account No. |
|---|---|---|
| Chase | $1,029.43 | ####7528 |

| | |
|---|---|
| YTD Gross | $9,605.50 |
| Gross Amt. | $1,184.00 |
| Net Amt. | $1,029.43 |

| Check Number | 40060495 |
|---|---|






Peak Performers

Name: Aisha Patrice Marshall          Check Date: 02/14/25    Check #: 40059723

4902 Grover Ave
Austin, TX 78756

SSN: ###-##-4149       EE ID: 118183                        Branch: 962 WorkQuest

| Week Worked | Customer - Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
| 02/03/25 - 02/09/25 | DPS - Department of Public Safety - Crime | Reg | 40.00 | $37.00 | $1,480.00 | 191.50 | $6,941.50 |

| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta | $1,468.53 | $88.92 | $335.82 |
| FICA EE | $1,468.53 | $91.05 | $425.43 |
| MED EE | $1,468.53 | $21.29 | $99.49 |

| Deduct. Type | Amount | YTD Deduct. |
|---|---|---|
| Den-W EE | $10.26 | $71.33 |
| Vision-W EE | $1.21 | $8.47 |

| Bank Name | Amount | Account No. |
|---|---|---|
| Chase | $1,267.27 | ####7528 |

| | |
|---|---|
| YTD Gross | $6,941.50 |
| Gross Amt. | $1,480.00 |
| Net Amt. | $1,267.27 |

| Check Number | 40059723 |
|---|---|

Peak Performers

Name: Aisha Patrice Marshall          Check Date: 02/07/25   Check #: 40059358

4902 Grover Ave
Austin, TX 78756

SSN: ###-##-4149     EE ID: 118183                Branch: 962 WorkQuest

| Week Worked | Customer - Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
| 01/27/25 - 02/02/25 | DPS - Department of Public Safety - Crime | Reg | 39.50 | $37.00 | $1,461.50 | 151.50 | $5,461.50 |

| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta | $1,450.03 | $86.70 | $246.90 |
| FICA EE | $1,450.03 | $89.90 | $334.38 |
| MED EE | $1,450.03 | $21.03 | $78.20 |

| Deduct. Type | Amount | YTD Deduct. |
|---|---|---|
| Den-W EE | $10.26 | $61.07 |
| Vision-W EE | $1.21 | $7.26 |

| Bank Name | Amount | Account No. |
|---|---|---|
| Chase | $1,252.40 | ####7528 |

| YTD Gross | $5,461.50 |
|---|---|
| Gross Amt. | $1,461.50 |
| Net Amt. | $1,252.40 |

| Check Number | 40059358 |
|---|---|

**Peak Performers**

Name: Aisha Patrice Marshall    Check Date: 01/31/25  Check #: 40059001

4902 Grover Ave
Austin, TX 78756

SSN: ###-##-4149    EE ID: 118183    Branch: 962 WorkQuest

| Week Worked | Customer - Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
| 01/20/25 - 01/26/25 | DPS - Department of Public Safety - Crime | Reg | 24.00 | $37.00 | $888.00 | 112.00 | $4,000.00 |

| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta | $876.53 | $17.88 | $160.20 |
| FICA EE | $876.53 | $54.34 | $244.48 |
| MED EE | $876.53 | $12.71 | $57.17 |

| Deduct. Type | Amount | YTD Deduct. |
|---|---|---|
| Den-W EE | $10.26 | $50.81 |
| Vision-W EE | $1.21 | $6.05 |

| Bank Name | Amount | Account No. |
|---|---|---|
| Chase | $791.60 | ####7528 |

| | |
|---|---|
| YTD Gross | $4,000.00 |
| Gross Amt. | $888.00 |
| Net Amt. | $791.60 |

| Check Number | 40059001 |
|---|---|

EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS    Mail to Employee                Peak Performers

Name: Aisha Patrice Marshall        Check Date: 01/24/25   Check #: 40058641              4902 Grover Ave

SSN: ###-##-4149    EE ID: 118183                  Branch: 962 WorkQuest           Austin, TX 78756

| Week Worked | Customer - Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
| 01/13/25 - 01/19/25 | DPS - Department of Public Safety - Crime | Reg | 40.00 | $37.00 | $1,480.00 | 88.00 | $3,112.00 |

| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta | $1,468.53 | $88.92 | $142.32 |
| FICA EE | $1,468.53 | $91.05 | $190.14 |
| MED EE | $1,468.53 | $21.29 | $44.46 |

| Deduct. Type | Amount | YTD Deduct. |
|---|---|---|
| Den-W EE | $10.26 | $40.55 |
| Vision-W EE | $1.21 | $4.84 |

| Bank Name | Amount | Account No. |
|---|---|---|
| Chase | $1,267.27 | ####7528 |

| | |
|---|---|
| YTD Gross | $3,112.00 |
| Gross Amt. | $1,480.00 |
| Net Amt. | $1,267.27 |

| Check Number | 40058641 |
|---|---|

EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS

Mail to Employee

**Peak Performers**

Name: Aisha Patrice Marshall  Check Date: 01/17/25  Check #: 40058275

4902 Grover Ave
Austin, TX 78756

SSN: ###-##-4149  EE ID: 118183  Branch: 962 WorkQuest

| Week Worked | Customer - Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
| 01/06/25 - 01/12/25 | DPS - Department of Public Safety - Crime | Reg | 32.00 | $37.00 | $1,184.00 | 48.00 | $1,632.00 |

| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta | $1,172.53 | $53.40 | $53.40 |
| FICA EE | $1,172.53 | $72.70 | $99.09 |
| MED EE | $1,172.53 | $17.00 | $23.17 |

| Deduct. Type | Amount | YTD Deduct. |
|---|---|---|
| Den-W EE | $10.26 | $30.29 |
| Vision-W EE | $1.21 | $3.63 |

| Bank Name | Amount | Account No. |
|---|---|---|
| Chase | $1,029.43 | ####7528 |

| | |
|---|---|
| YTD Gross | $1,632.00 |
| Gross Amt. | $1,184.00 |
| Net Amt. | $1,029.43 |

| | |
|---|---|
| Check Number | 40058275 |



# Earnings Statement



*OVATIONS FOOD SERVICES LP*
*D/B/A OVG HOSPITALITY*
*5050 S. SYRACUSE ST. SUITE 800*
*DENVER, CO 80237*

Period Beginning: 01/23/2025
Period Ending: 02/05/2025
Pay Date: 02/12/2025

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table

**AISHA P MARSHALL**
**2402 MESA PARK DRIVE**
**ROUND ROCK TX 78664**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular Pay | 15.0000 | 9.33 | 139.95 | 139.95 |
| Charged Tips | | | 449.33 | 449.33 |
| **Gross Pay** | | | **$589.28** | 589.28 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Social Security Tax | -36.54 | 36.54 |
| | Medicare Tax | -8.54 | 8.54 |
| | **Other** | | |
| | Tips | -449.33 | 449.33 |
| | 401K | -53.04* | 53.04 |
| | Charged Tips | | -449.33 |
| | **Adjustment** | | |
| | Charged Tips | +449.33 | |
| | **Net Pay** | **$491.16** | |
| | Checking 1 | -491.16 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K Match | 29.46 | 29.46 |
| PERNR | | 73067086 |

## Important Notes
YOUR COMPANY PHONE NUMBER IS 267-951-2250
(PRESS 6 FOR PAYROLL)

## Additional Tax Withholding Information
Exemptions/Allowances:
  TX:          No State Income Tax

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|------|--|-----|-----|-----|-----|-------|
| Fri | 01/31 | 05:29pm | 09:46pm | | | 4.28 |
| Mon | 02/03 | 05:32pm | 10:35pm | | | 5.05 |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $536.24

© 2000 ADP, Inc.



OVATIONS FOOD SERVICES LP
D/B/A OVG HOSPITALITY
5050 S. SYRACUSE ST. SUITE 800
DENVER, CO 80237

**Advice number:** **00000073090**
Pay date: 02/12/2025

**Deposited to the account of**
**AISHA P MARSHALL**

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | xxxxx7528 | xxxx xxxx | $491.16 |



THIS IS NOT A CHECK

# NON-NEGOTIABLE